UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x

United States of America,

    vs.

Brandon Lopez,
        Defendant

15 CR 184-01 (LAK)
&
21 CR 417-01 (LAK)

- - - - - - - - - - - - - - - - -x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: September 7, 2023

                                            Lewis A. Kaplan
                                     United States District Judge